IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

KRISTA F. WYSS, n/k/a
KRISTA F. NORTON,

     Appellant,

v.

JACOB S. WYSS,

     Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-4024

_____/

Opinion filed October 6, 2017.

An appeal from the Circuit Court for Duval County.
Elizabeth Senterfitt, Judge.

William M. Blume and Caleb D. Rowland of Blume and Rowland, PLLC, Jacksonville, for Appellant.

Shelley L. Thibodeau of Stone Lockett, P.A., Jacksonville Beach, for Appellee.

PER CURIAM.

     AFFIRMED.

BILBREY, WINSOR, and M.K. THOMAS, JJ., CONCUR.